1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICKLAS WHITE, | ) | Case No. CV 13-7921 RGK (MRW) |
|           Petitioner, | ) | |
|   vs. | ) | JUDGMENT |
| JEFFREY A. BEARD, | ) | |
|           Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 12, 2014         _____
                                                          HON. R. GARY KLAUSNER
                                                          UNITED STATES DISTRICT JUDGE